AO 456 (Rev. 5/85) Notice

# United States District Court
## Southern District of Georgia

LUMBERMAN'S MUTUAL
CASUALTY COMPANY

# NOTICE

V.

DOUGLAS ASPHALT COMPANY

CASE NUMBER: CV 507-99

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Federal Courthouse<br>Tebeau and Carswell St<br>Waycross, GA | 3rd Floor Courtroom |
| | DATE AND TIME |
| | 2/1/10 at 9:00 am |

TYPE OF PROCEEDING

**BENCH TRIAL**

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

9/24/09
DATE

(BY) DEPUTY CLERK
Phone No. 912/280-1393

To
David A. Harris
John V. Burch
Christina Ann Craddock
C. Dorian Britt
Brent J. Savage

GAS Rev 2/5/02