IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

LUMBERMENS MUTUAL CASUALTY
COMPANY,

    Plaintiff,

v.

DOUGLAS ASPHALT COMPANY,
JOEL SPIVEY, and KYLE SPIVEY,

    Defendants.

CIVIL ACTION NO.: CV507-099

## ORDER

The captioned case is scheduled for bench trial on February 1, 2010. Counsel for the parties are hereby directed to confer and engage in **good faith** efforts to resolve objections to exhibits and deposition testimony. The Court shall be advised on or before 5:00 p.m. on January 11, 2010, as to any remaining objections, if any, to exhibits and deposition testimony. <u>Each party shall deliver copies of its deposition testimony and documentary evidence, to which objections remain, to the Court at that time</u>.

Any objection not so identified shall be deemed abandoned.

**SO ORDERED**, this 25th day of September, 2009.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)